# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of May, two thousand twenty-three.

Before:      Maria Araújo Kahn,
                 *Circuit Judge.*

_____

United States of America,

     Appellee,

v.

John Venditto,

     Defendants,

Linda Mangano, Edward Mangano,

     Defendant - Appellant.

_____

**ORDER**

Docket Nos. 22-861(L), 22-937(Con)

Appellant Edward Mangano moves for leave to file an oversized reply brief of not more than 20,000 words and for an extension of time to June 30, 2023 to file the reply brief.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

